DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID ABEL, et al.**,
Appellants,

v.

**JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A., J.P. MORGAN SECURITIES LLC, J.P. MORGAN SECURITIES, LTD, JOHN HOGAN,** and **RICHARD CASSA,**
Appellees.

No. 4D18-2442

[May 23, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2015-CA-011557-XXXX-MB.

Douglas J. Giuliano of Giuliano Law, P.A., Fort Lauderdale, and Helen Davis Chaitman of Chaitman, LLP, New York, New York, for appellants.

Grace L. Mead, Eugene E. Stearns and Carlos J. Canino of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., Miami, and John F. Savarese, Emil A. Kleinhaus, and Noah B. Yavitz of Wachtell, Lipton, Rosen & Katz, New York, New York, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE, and KLINGENSMITH, J.J., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***